UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80693-CV-MIDDLEBROOKS

RICHARD JOHN MCGUIRE,

    Plaintiff,

v.

J.G. O'NEILL, INC.,
d/b/a DELRAY HYUNDAI,
A Florida Corporation,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on Plaintiff's Motion for Default Against Defendant J.G. O'NEILL, INC., filed on May 18, 2023. (DE 9). Defendant was served on April 24, 2023. (DE 3). Its response was due on May 15, 2023. On May 17, 2023, Defendant served a *pro se* response on Plaintiff, which Plaintiff filed in the court record. (DE 9-1).

Aside from being two days late, Defendant's response is deficient because it may not proceed *pro se* in this matter. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." (citations omitted)). This "rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Id.* (citation omitted).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Defendant J.G. O'NEILL, INC. must file a notice of attorney appearance **on or by May 31, 2023**.

(2) Defendant J.G. O'NEILL, INC. must respond to the complaint **on or by June 9, 2023.**

(3) Failure to abide by these deadlines may result in a default judgment.

(4) The Clerk of Court is **DIRECTED** to mail a copy of this order to Defendant.

**SIGNED** in Chambers at West Palm Beach, Florida, this 26th day of May, 2023.

_____
Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record

     J.G. O'Neill, Inc.
     c/o James O'Neill, Reg. Agent
     4510 N. Federal Highway
     #101
     Lighthouse Point, FL 33064
     PRO SE